

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-14-00806-CV

Amado **ABASCAL** III,
Appellant

v.

Rodolfo Flores **GALVAN** and G&M Logistics Corp.,
Appellees

From the 365th Judicial District Court, Maverick County, Texas
Trial Court No. 12-11-27955-MCVAJA
Honorable David A. Berchelmann Jr., Judge Presiding[1]

BEFORE JUSTICE BARNARD, JUSTICE MARTINEZ, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, the joint motion to dismiss is granted and this appeal is DISMISSED.

We order that each party bear their own costs of appeal, if any.

SIGNED May 6, 2015.

_____
Marialyn Barnard, Justice

---

[1] The Honorable David A. Berchelmann Jr., sitting by assignment.